UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ELECTRICAL
WORKERS' INSURANCE FUND,

    Plaintiffs,

vs.

RICKY BEEVERS,

    Defendant.
_____/

Case No. 2:08-cv-11692-PJD-DAS

Hon. Patrick J. Duggan

SACHS WALDMAN, PROFESSIONAL CORPORATION
GEORGE H. KRUSZEWSKI (P25857)
HOPE L. CALATI (P54426)
Attorneys for Plaintiffs
1000 Farmer St.
Detroit, MI 48226-2899
(313) 965-3464
_____/

## **DEFAULT JUDGMENT**

    At a session of said Court, held in the City of Detroit, in the Theodore Levin U.S. Courthouse, on September 4, 2008.

  HON. PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

    This matter having come before the Court on plaintiffs' Motion for Default Judgment Against Ricky Beevers, Brief in Support of Motion for Default Judgment Against Ricky Beevers, Affidavit Regarding Fees and Costs and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1

1. Plaintiffs Trustees of the Electrical Workers' Insurance Fund have and recover Judgment from defendant Ricky Beevers ("Beevers") in the amount of $1,480.00, representing benefits paid by the Fund which defendant Beevers was not entitled to retain.

2. Plaintiffs Electrical Workers' Insurance Fund from defendant Beevers in the amount of $1,155.00 in costs and fees expended by plaintiffs in the prosecution of this matter.

3. Plaintiffs shall have execution for the amounts set forth in paragraphs 1 and 2, above, which total $2,635.00.

4. Post-judgment interest will accrue on the judgment amount of $2,635.00 as provided for in 28 USC §1961, and plaintiffs shall have all rights of execution therefor.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 4, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager