UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEE OF THE ELECTRICAL
WORKERS' INSURANCE FUND,

    Plaintiff,                             Case No.       08-11692

v.                                         Honorable Patrick J. Duggan

RICKY BEEVERS,

    Defendant.
_____/

## **AMENDED ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on December 11, 2008.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

Presently before the Court is Plaintiff's motion for alternative service of default judgment. Based on the representations contained in Plaintiff's motion,

**IT IS HEREBY ORDERED**:

1. Plaintiff shall serve the Defendant with the Default Judgment by leaving a copy of the Default Judgment with any responsible adult at 23728 South Keystone, Clinton Township, Michigan 48036;

2. Plaintiff shall also mail a copy of said documents to Defendant by regular mail and certified mail return receipt requested at the South Keystone address.

3. Plaintiff shall file with this Court a proof of service when service, in accordance with this Order, has been accomplished.

                                                            s/PATRICK J. DUGGAN
                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Hope L. Calati